In the Matter of HELEN ANDREOZZI, Appellant, against WILLIAM F. CAREY, as Treasurer and Trustee of the Relief and Pension Fund of the Department of Street Cleaning of the City of New York, Respondent.

Argued January 8, 1942; decided March 5, 1942.

*Samuel Resnicoff* for appellant.

*William C. Chanler, Corporation Counsel (Stanley Buchsbaum* and *Denis B. Sullivan* of counsel), for respondent.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, LEWIS, CONWAY and DESMOND, JJ. Dissenting: RIPPEY, J.